# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

September 22, 2022

**Via ECF**:
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Aliyeva v. Diamond Braces et al*
      Case No. 22-cv-04575

Dear Judge Failla:

This firm represents Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendants, to respectfully request a stay in this action, which will include an adjournment of parties' initial case management conference currently scheduled for September 27, 2022. Parties request this stay continue pending the completion of parties' contemplated class-mediation, which is contemplated to be held in mid-December.

After several discussions, the parties have agreed to engage in private class-mediation with third-party mediator, Mr. Martin Scheinman, and parties are currently seeking dates from Mr. Scheinman's office for early-mid December, which will permit parties to engage in necessary document and information exchange prior to mediation.

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter by December 30, 2022. If the parties are unable to reach a resolution at mediation, the parties propose that they with their joint letter submit a Case Management Plan and joint letter in accordance with the Court's initial conference Order.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc:  all parties via ECF

Application GRANTED.  The initial pretrial conference scheduled for September 27, 2022, is hereby **ADJOURNED** *sine die*.  The parties are directed to submit a joint letter by **December 30, 2022,** apprising the Court of the outcome of the mediation.  If outstanding issues remain following the mediation, the parties shall also submit a case management plan and joint letter on **December 30, 2022,** in line with the Court's Individual Rules.

The Clerk of Court is directed to enter a stay in this case, and to terminate the pending motion at docket entry 16.

Dated:     September 23, 2022          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE