UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMA ALIYEVA,<br>*on behalf of herself, FLSA Collective, and the Class,*<br><br>                                             Plaintiff,<br><br>                       -v.-<br><br>DIAMOND BRACES, ORTHOCLUB, P.C. *d/b/a* DIAMOND BRACES, JOHN DOE CORPORATIONS 1-100, and OLEG DRUT,<br><br>                                             Defendants. | 22 Civ. 4575 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court appreciates the parties' proposals for the next steps in this case, as discussed during the February 3, 2023 conference. In light of that discussion, the Court believes that the most efficient manner of proceeding in this case is to accept briefing on Plaintiff's contemplated motion to enforce the parties' class settlement and to stay any further briefing of potential motions as well as discovery. Accordingly, the parties are hereby **ORDERED** to submit a joint letter on **February 10, 2023**, proposing a briefing schedule for the motion to enforce the class settlement.

SO ORDERED.

Dated:  February 3, 2023
             New York, New York

                                                                                    *Katherine Polk Failla*
                                                                                    _____
                                                                                    KATHERINE POLK FAILLA
                                                                                    United States District Judge