UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMA ALIYEVA,<br>*on behalf of herself, FLSA Collective Plaintiff and the Class,*<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>DIAMOND BRACES,<br>an unincorporated entity, association, or affiliation,<br>ORTHOCLUB, P.C.,<br>　　d/b/a DIAMOND BRACES<br>JOHN DOE CORPORATIONS 1-100<br>　　d/b/a DIAMOND BRACES, and<br>OLEG DRUT,<br><br>　　　　　　　　　Defendants. | **Case No.**: 22 Civ. 4575<br><br>**Rule 68 Judgment**<br><br>**MEMO ENDORSED** |

　　**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, DIAMOND BRACES, an unincorporated entity, association, or affiliation, ORTHOCLUB, P.C., d/b/a DIAMOND BRACES, JOHN DOE CORPORATIONS 1-100 d/b/a DIAMOND BRACES, and OLEG DRUT, having offered to allow Plaintiff SAMA ALIYEVA ("Plaintiff") to take a judgment against them, in the sum of Ninety-five Thousand Dollars and No Cents ($95,000.00), to resolve all of Plaintiff's claims against all Defendants, inclusive of all damages, interest, costs and attorney's fees incurred by Plaintiff in litigating her claims to the date of this offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 22, 2023 and filed as Exhibit A to Docket Number 32;

　　**WHEREAS**, on February 28, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 32);

　　It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of Plaintiff SAMA ALIYEVA, in the sum of $95,000.00, in accordance with the terms and conditions

of Defendants' Rule 68 Offer of Judgment dated February 22, 2023 and filed as Exhibit A to

Docket Number 32.

```
Because the Court understands that a Second Amended Complaint is likely
to be filed in this action, the Clerk of Court is directed to not close
this case.

Dated:     March 16, 2023             SO ORDERED.
           New York, New York
```

*(signature: Katherine Polk Failla)*

```
                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```