# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

April 20, 2023

**Via ECF**

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Aliyeva v. Diamond Braces et al*
      Case No. 22-cv-04575

Dear Judge Failla:

      This firm represents Defendants in the above-referenced matter. This letter shall serve as Defendants' request to extend the deadlines for the parties to brief Defendants' forthcoming Motion to Dismiss the Second Amended Complaint ("MTD") by two (2) weeks. The basis for the request is that there was a death in the undersigned's family this week and I will experience a caseload backlog. Specifically, the parties have agreed upon an amended briefing schedule:

- <u>Motion Due</u>:      May 12, 2023 (original deadline April 28, 2023)
- <u>Opposition Due</u>:  May 26, 2023 (original deadline May 12, 2023)
- <u>Reply Due</u>:       June 5, 2023 (original deadline May 22, 2023)

Defendants have not previously requested an extension of the deadlines to brief the forthcoming MTD. Plaintiffs consent to this request.

      Thank you for your attention to this matter.

                                                Respectfully submitted,

                                                /s/ Matthew A. Brown

cc:   All Counsel of Record (via ECF)

Application GRANTED. The parties are directed to follow the briefing schedule set forth above. The Court extends its condolences to counsel.

The Clerk of Court is directed to terminate the pending motion at docket entry 48.

Dated:     April 20, 2023          SO ORDERED.
           New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE