UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE ISAYEVA and KAHOLY FERNANDEZ, *on behalf of themselves, FLSA Collective Plaintiff and the Class*,<br><br>      Plaintiff,<br>  v.<br><br>DIAMOND BRACES,<br>an unincorporated entity, association, or affiliation,<br>ORTHOCLUB, P.C.,<br>  d/b/a DIAMOND BRACES<br>JOHN DOE CORPORATIONS 1-100<br>  d/b/a DIAMOND BRACES, and<br>OLEG DRUT,<br><br>      Defendants. | Case No.: 22 Civ. 4575 (KPF)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York
   June 29, 2023

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: */s/* C.K. Lee
   C.K. Lee, Esq. (CL 4086)
   Lee Litigation Group, PLLC
   148 West 24th Street, Eighth Floor
   New York, NY 10011
   Tel: (212) 465-1188
   Fax: (212) 465-1181
   *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*