**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELLE ISAYEVA and KAHOLY FERNANDEZ, *on behalf of themselves, FLSA Collective Plaintiff and the Class,*<br><br>                    Plaintiffs,<br><br>          v.<br><br>DIAMOND BRACES,<br>an unincorporated entity, association, or affiliation,<br>ORTHOCLUB, P.C.,<br>          d/b/a DIAMOND BRACES<br>JOHN DOE CORPORATIONS 1-100<br>          d/b/a DIAMOND BRACES, and<br>OLEG DRUT,<br><br>                    Defendants. | Case No.: 22 Civ. 4575 (KPF)<br><br><br>**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York
          March 22, 2024

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:    */s/* C.K. Lee
          C.K. Lee, Esq. (CL 4086)
          Lee Litigation Group, PLLC
          148 West 24th Street, Eighth Floor New York, NY 10011
          Tel: (212) 465-1188
          Fax: (212) 465-1181
          *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*