**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHELLE ISAYEVA and KAHOLY
FERNANDEZ. *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                    Plaintiffs,
          v.

DIAMOND BRACES,
an unincorporated entity, association, or
affiliation,
ORTHOCLUB, P.C.,
          d/b/a DIAMOND BRACES
JOHN DOE CORPORATIONS 1-100
          d/b/a DIAMOND BRACES, and
OLEG DRUT,

                    Defendants.

Case No.: 22-cv-04575

**DECLARATION OF C.K. LEE IN SUPPORT OF PLAINTIFFS'**
**MOTION TO ENFORCE SETTLEMENT**

I, C.K. Lee, hereby declare as follows under penalty of perjury:

1.      I am a member of Lee Litigation Group, PLLC, Plaintiffs' counsel in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion to Enforce Settlement.

2.      On December 1, 2022, the parties engaged in a class-wide mediation in this matter. The parties mediated before Martin Scheinman, a nationally recognized mediator.

3.      An authorized representative of Defendants was present at the mediation.

4.      At the mediation, an agreement as to all material terms of a class settlement was reached. The material terms were memorialized in a document titled "Class Settlement Agreement," sent in an email by my associate Robert A. Kansao at 4:34 pm on December 1, 2024, which is described below and attached hereto as **Exhibit C-1**.  Prior draft versions were also sent. At the end of the mediation, Defendants' Counsel, Frank Giambalvo, stated that the Agreement would be signed the following day.

5. From December 1 to December 8, 2022, neither Defendants nor the mediator, Martin Scheinman, stated that any of the terms in the circulated Class Settlement Agreement were inaccurate.

6. At all mediations with Martin Scheinman, if there was no settlement, then the parties would break without any agreement of terms distributed. However, if there was a settlement, Mr. Scheinman would insist that an agreement be distributed that same day and that the parties would discuss any disagreement with the distributed agreement. That occurred in this case, so I know with absolute certainty that the parties came to an agreement on the class settlement terms.

7. However, more than a week after the mediation, on December 9, 2022, my colleague, Robert A. Kansao and I had a call with Mr. Giambalvo, during which he attempted to reduce the original class settlement amount due to a possible reduction in potential class size.

8. On December 21, 2022, Mr. Giambalvo informed my office that Defendants were withdrawing from their agreement to settle, would proceed with litigation, and had retained new counsel.

9. Attached to Plaintiffs' Memorandum of Law ("Memorandum") as **Exhibit A** is a true and correct reproduction of settlement drafts sent to Defendants' Counsel at 1:28 pm on December 1, 2022.

10. Attached to the Memorandum as **Exhibit B-1** is a true and correct reproduction of a settlement draft sent to Defendants' Counsel at 4:17 pm.

11. Attached to the Memorandum as **Exhibit B-2** is a true and correct blackline comparing the 4:17 pm draft to the one sent at 1:28 pm.

12.    Attached to the Memorandum as **Exhibit C-1** is a true and correct reproduction of the final Agreement sent to Defendants' Counsel at 4:34 pm on December 1, 2022.

13.    Attached to the Memorandum as **Exhibit C-2** is a true and correct blackline comparing the 4:34 pm Agreement to the draft sent at 4:17 pm.

14.    Attached to the Memorandum as **Exhibit D** is a true and correct reproduction of the email chain of my correspondences with Mr. Giambalvo from December 1, 2022, through December 21, 2022.

15.    Attached to the Memorandum of **Exhibit E** is an email I sent on December 9, 2022, to Martin F. Scheinman, the mediator at the parties December 1, 2022 mediation.


I declare, under penalty of perjury, that the above and foregoing information is true and correct.

Dated:  April 8, 2024

Respectfully submitted,

By:    _/s/ C.K. Lee_____
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
C.K. Lee (CL 4086)
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
_Attorneys for Plaintiffs,_
_FLSA Collective Plaintiffs and the Class_
