# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

February 4, 2025

**Via ECF & E-Mail**

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



**Re:** *Isayeva et al. v. Diamond Braces et al*
 **Case No. 22-cv-04575**

Dear Judge Failla:

    This firm represents Defendants in this action. This letter shall serve as Defendants' request for an extension of their deadline to file opposition to Plaintiffs' Motion for Collective Action from February 7, 2025 until February 14, 2025 and that Plaintiffs' deadline to file reply papers be extended from February 14, 2025 until February 21, 2025. The reason for the request is that over the past week, the parties have engaged in productive settlement negotiations which can lead to resolution of this action. If a resolution is reached, further motion practice will not be necessary. Moreover, the undersigned has child-care issues this week since 2 of my children are home from school due to illness. Plaintiffs consent to the extension request. There have been no previous requests for an extension of these deadlines.

    Thank you for your attention to this matter.

                                          Respectfully submitted,
                                          /s/ Matthew A. Brown

cc:    All Counsel of Record (via ECF)
       client (via e-mail)

Application GRANTED.  Defendants' opposition to Plaintiffs' motion for collective action shall be due on or before **February 14, 2025**. Plaintiffs' reply shall be due on or before **February 21, 2025**.

The Clerk of Court is directed to terminate the pending motion at docket entry 116.

Dated:   February 5, 2025         SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE