UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE ISAYEVA and KAHOLY FERNANDEZ, *on behalf of themselves, FLSA Collective Plaintiff and the Class*,

        Plaintiffs,

-v.-

DIAMOND BRACES, *an unincorporated entity, association, or affiliation*, ORTHOCLUB, P.C. *d/b/a* DIAMOND BRACES, JOHN DOE CORPORATIONS 1-100 *d/b/a* DIAMOND BRACES, and OLEG DRUT,

        Defendants.

22 Civ. 4575 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Due to a conflict in the Court's calendar, the pre-motion conference scheduled for February 11, 2025, is hereby ADJOURNED to **February 14, 2025**, at **12:00 p.m.** The dial-in information is as follows: At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

    SO ORDERED.

Dated:  February 11, 2025
          New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge