# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

February 14, 2025

**Via ECF**:
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Aliyeva v. Diamond Braces et al*
      Case No. 22-cv-04575

Dear Judge Failla:

    This firm represents Plaintiffs in the above-referenced matter. We write, jointly with Defendants, to request an adjournment of 12:00 pm conference today. The parties are hoping to resolve the dispute without judicial intervention.

    We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:  all parties via ECF

```
Application GRANTED.  The conference scheduled for February 14, 2025,
is hereby ADJOURNED sine die.

The Clerk of Court is directed to terminate the pending motion at
docket entry 120.

Dated:     February 14, 2025            SO ORDERED.
           New York, New York
```

*(signature: Katherine Polk Failla)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE