# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

July 22, 2025

**Via ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Aliyeva v. Diamond Braces et al.*
Case No.: 1:22-cv-04575

Dear Judge Failla:

This office represents Plaintiffs in the above-referenced matter, and we write to provide a revised version of Plaintiffs' proposed 216(b) Notice and Consent to Sue forms, pursuant to the Court's Orders, dated July 21, 2025 (Dkt. No. 143), and July 10, 2025 (Dkt. No. 140). Attached herewith are copies of the revised forms consistent with the Court's Orders in blackline.

We thank the Court for Its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF