# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

July 22, 2025

**Via ECF & E-Mail**

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Isayeva v. Diamond Braces et al*
**Case No. 22-cv-04575**

Dear Judge Failla:

    This firm represents Defendants in the above-referenced matter. This letter shall serve as Defendants' response to Plaintiffs' revised version of their proposed 216(b) Notice and Consent to Sue Forms. (Dkt. No. 144). Upon review, the revised documents *still* run afoul of the Court's July 10, 2025 order (Dkt. No. 140). Specifically, the Court certified a modified collective for certain non-exempt employees that worked at Defendants' locations "for the period of June 2, 2019 through June 2, 2022." (Id. at p. 27). Yet, the revised 216(b) Notice and Consent to Sue Forms indicate that the collective action was certified for individuals who worked "at any time from June 2, 2019 to the present." (Dkt. No. 144-1). Accordingly, the Court should once again reject and/or conform the documents to reflect the temporal scope of the collective action approved by the Court.

    Thank you for your attention to this matter.

                                                                         Respectfully submitted,

                                                                         /s/ Matthew A. Brown

cc: All Counsel of Record (via ECF)