**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MICHELLE ISAYEVA, *et al, on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                       Plaintiffs,

   v.

DIAMOND BRACES, *et al,*

                    Defendants.

**Case No.**:  22-cv-4575

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiffs Michelle Isayeva, Kaholy Fernandez and each of the 15 opt-in claimants to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000), inclusive of legal fees, with respect to only claims under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 12, 2026 and filed as Exhibit A to Docket Number 173;

**WHEREAS**, on February 12, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 173);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Michelle Isayeva, Kaholy Fernandez and each of the 15 opt-in claimants, in the sum of $25,000, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 12, 2026 and filed as Exhibit A to Docket Number 173.

**SO ORDERED:**

Dated: _____, 2026
     New York, New York

                            _____
                                             U.S.D.J.